**FILED & ENTERED**

**OCT 24 2019**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** Fisher **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Shirley Foose McClure<br><br><br><br><br>Debtor(s). | Case No.: 1:13-bk-10386-GM<br>CHAPTER 11<br>**ORDER SUSTAINING OBJECTIONS TO FIRST AND SECOND AMENDED SCHEDULE C [DOC. #1677, 1720]**<br>Date:    October 22, 2019<br>Time:    10:00 a.m.<br>Courtroom:  303 |

On August 1, 2019 Shirley McClure filed her First Amended Schedule C [doc. 1677]. Barrett Litt filed an objection [doc. 1694], as did the Trustee [doc. 1696]. On October 3, 2019 Ms. McClure filed both her reply to each objection [doc. 1721, 1722] and her Second Amended Schedule C [doc. 1720]. Litt and the Trustee each filed a further reply [doc. 1725, 1726, and 1727]. The Court then prepared and distributed a "pre-hearing tentative ruling" covering both of the amended schedules C [doc. 1729].

Oral argument was held on October 22, 2019. Ms. McClure appeared on her own behalf, Jon L. Dahlberg appeared for the Trustee, and George E. Schulman appeared for Barrett Litt. After hearing all argument, the Court hereby adopts its "Pre-

-1-

Hearing Tentative Ruling on Objections to Amended and to Second Amended Schedule C" [doc. 1729] as its memorandum of opinion.

The objections are sustained as to both the First Amended Schedule C [doc. 1677] and the Second Amended Schedule C [doc. 1720].

###

Date: October 24, 2019

Geraldine Mund
United States Bankruptcy Judge